## United States District Court
### Violation Notice

CVB Location Code: **MA 65**

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1167500 | G Felling | 2833 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/13/09  1541 | 36 CFR 2.35(b)(2) |

Place of Offense: South of Herring Cove Beach

Offense Description: Possession of Controlled Substance

**DEFENDANT INFORMATION**

| Last Name | First Name | MI |
|---|---|---|
| SULLIVAN | ANDREW | M |

[defendant information redacted]

**VEHICLE DESCRIPTION** VIN:

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$100.00 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $125.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:          Date (mm/dd/yyyy):          Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

09-2447

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **07/13**, 20**09** while exercising my duties as a law enforcement officer in the **Eastern** District of **MA**

While on foot patrol in plain clothes at Cape Cod National Seashore in the beach and dunes between South Herring Cove and Wood End, I Officer G Felling observed a male smoking a joint who I identified to be Andrew M Sullivan. From my training I could identify the look and smell of the joint to be containing suspected marijuana. I asked Mr Sullivan if he had any other joints with him and he retrieved one more from his wallet. He stated "I thought small amounts of marijuana were legal to have in Massachusetts". The suspected marijuana was field tested positive as Marijuana. The total amount was two joints totaling 6 grams. Mr Sullivan was issued a Violation Notice under 36 CFR 2.35(b)(2) Controlled Substances in Possession.

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **07/13/2009**   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U S Magistrate Judge

CVB Scan 7/22/2009  11 45 54